BAYSHORE SEWERAGE COMPANY, A CORPORATION OF NEW JERSEY, PLAINTIFF-APPELLANT, v. DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF NEW JERSEY, AN AGENCY OF THE STATE OF NEW JERSEY, TOWNSHIP OF HAZLET, A MUNICIPAL CORPORATION OF NEW JERSEY, HAZLET TOWNSHIP SEWERAGE AUTHORITY, A PUBLIC AUTHORITY OF NEW JERSEY AND BAYSHORE REGIONAL SEWERAGE AUTHORITY, A PUBLIC AUTHORITY OF NEW JERSEY, AND STATE OF NEW JERSEY, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued October 22, 1974—Decided November 7, 1974.

Before Judges KOLOVSKY, LYNCH and ALLCORN.

Mr. *William R. Holzapfel* argued the cause for appellant (Mr. *Francis R. Perkins,* on the brief).

Mr. *Morton J. Goldfein,* Deputy Attorney General, argued the cause for respondents Department of Environmental Protection of the State of New Jersey and State of New Jersey (Mr. *William F. Hyland,* Attorney General of New Jersey, attorney; Mr. *George F. Kugler, Jr.,* former Attorney General of New Jersey; Mr. *Joseph M. Clayton, Jr.,* Deputy Attorney General, of counsel and on the brief).

Mr. *John E. Holobinko* argued the cause for respondents Township of Hazlet and Hazlet Township Sewerage Authority (Messrs. *Roberts, Madden & Holobinko,* attorneys).

Mr. *Clark C. Vogel* argued the cause for respondent Bayshore Regional Sewerage Authority (Messrs. *Stout, O'Hagan & Hertz,* attorneys).

PER CURIAM. The judgment is affirmed essentially for the reasons set forth in the opinion of Judge McGowan which is reported at 122 *N. J. Super.* 184 (Ch. Div. 1973).